693 A.2d 457

IN THE MATTER OF STEVEN M. OLITSKY,
AN ATTORNEY AT LAW.

May 16, 1997.

**ORDER**

This matter having been duly presented to the Court on the motion of respondent, STEVEN M. OLITSKY, to stay the effective date of the three-month suspension from the practice of law ordered by the Court on April 23, 1997, to be May 16, 1997, and good cause appearing;

It is ORDERED that the motion to stay the effective date of the suspension until June 1, 1997, is granted.